

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00228-CV

IN RE SADIQ OLASUNKANMI                                    RELATOR
ADELEKE

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 0542993D

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL:  DAUPHINOT, MEIER, and GABRIEL, JJ.

DELIVERED:  July 13, 2016

---

[1]See Tex. R. App. P. 47.4.